ROANNE L. MANN  DATE: April 18, 2019

UNITED STATES MAGISTRATE JUDGE  START: Noon
 END: 1:15 pm

DOCKET NO: 19-cv-1036

CASE: Garbacz v. American Express Co. et al

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Ryan Gentile |
|  | n/ plaintiff |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
| Rubin + Rothman | Robert Arleo |
| AmEx | Ray Garcia |
|  |  |

- [ ] FACT DISCOVERY TO BE COMPLETED BY September 18, 2019
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____  DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposals by April 22, 2019.

If the case doesn't settle, the matter is referred for court-annexed arbitration, with the hearing to be held in the latter part of September 2019.

Pleadings may be amended and new parties added until June 7, 2019. The Court defers setting a deadline for requests for a premotion conference.